ARMSTRONG, C.J.,
concurs.
I respectfully concur. Hebert v. Webre, 08-0060 (La.5/21/08), 982 So.2d 770 and Subervielle v. State Farm Mut. Auto. Ins. Co., 995 So.2d 1239, 2008 WL 4489695 (La.App. 4 Cir. 10/01/08), compel us to limit the plaintiffs’ recovery to economic damages they sustained in connection with their daughter’s death, e.g., medical expenses and funeral expenses, and such other economic damages they sustained arising out of direct physical bodily injury to themselves as distinguished from emotional injury they may have suffered, even if the emotional injury has physical or economic consequences.